IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

MDL No. 2998 - **IN RE: PORK DIRECT AND INDIRECT PURCHASER ANTITRUST LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the District of Minnesota hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable John R. Tunheim for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).

*John N. Tunheim*
Chief Judge

Date: 06/08/2021

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. John W. Nichols, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ **fax number 202-502-2888** or email address MDLPanelOrders@JPML.USCOURTS.GOV.

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL.**

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Thomasenia P. Duncan, at 202-502-2800.**